**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| DAVID PELZER, DAVID AND RUTH PELZER, LLC, an Iowa Limited Liability Company, and DAVID AND MATTHEW PELZER, LLC, an Iowa Limited Liability Company, | | PLAINTIFFS |
| v. | No. 5:10CV00216 JLH | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FEDERAL CROP INSURANCE CORPORATION, RISK MANAGEMENT AGENCY, and ARMTECH INSURANCE SERVICES, a Texas Corporation | | DEFENDANTS |

**ORDER**

Pursuant to 28 U.S.C. § 1404, the parties have consented to transfer this case to the Western Division of the Eastern District of Arkansas for the convenience of the parties and the witnesses.

The Clerk is directed to transfer this case to the Western Division.

IT IS SO ORDERED this 8th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE