# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DAVID PELZER; DAVID AND RUTH                                    PLAINTIFFS
PELZER, LLC, an Iowa Limited Liability
Company; and DAVID AND MATTHEW
PELZER, LLC, an Iowa Limited Liability
Company

v.                          No. 4:11CV00108 JLH

UNITED STATES DEPARTMENT OF
AGRICULTURE, Federal Crop Insurance
Corporation, Risk Management Agency;
and ARMTECH INSURANCE SERVICES,
a Texas Corporation                                            DEFENDANTS

## ORDER

The Court conducted a telephone conference on Tuesday, February 8, 2011, to address defendant Armtech Insurance Services' Motion for Partial Stay. Document #26. Wendell L. Hoskins, II, was present for plaintiffs; Assistant United States Attorney Stacey E. McCord was present for defendant Department of Agriculture; and Jeffrey S. Dilley was present for defendant Armtech Insurance Services.

The parties stipulated that a judicial review of Count I of plaintiffs' complaint should be conducted by the Court prior to moving forward with the remaining counts, though the parties will not be prohibited from conducting discovery.

Counsel for the Department of Agriculture will submit the administrative record to the Court by March 1, 2011. Plaintiffs' brief must be filed sixty (60) days after the administrative record is filed. The defendants' briefs will be due sixty (60) days thereafter. Plaintiffs' reply brief, if any, must be filed fifteen (15) days thereafter.

An amended initial scheduling order will be entered in due course establishing a proposed trial date in Little Rock, with corresponding case deadlines.

IT IS SO ORDERED this 14th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE