## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DAVID PELZER, DAVID AND RUTH PELZER, LLC,**              **PLAINTIFFS**
**as Iowa Limited Liability Company, and DAVID**
**AND MATTHEW PELZER, LLC, an Iowa Limited**
**Liability Company**

**v.**                               **Case No. 4:11CV00108 JLH**

**UNITED STATES DEPARTMENT OF AGRICULTURE,**
**FEDERAL CROP INSURANCE CORPORATION,**
**RISK MANAGEMENT AGENCY and ARMTECH**
**INSURANCE SERVICES, a Texas Corporation**              **DEFENDANTS**

### ORDER

Now before the Court is Defendants' Motion to File Administrative Record Under

Seal and Motion for an Extension of Time.  The Court has reviewed the motion and file

and it is therefore,

**ORDERED**, that the Motion to File Administrative Record Under Seal is

**GRANTED**.

IT IS SO ORDERED this 1st day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE