**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID PELZER; DAVID AND RUTH PELZER, LLC, an Iowa Limited Liability Company; and DAVID AND MATTHEW PELZER, LLC, an Iowa Limited Liability Company | PLAINTIFFS |
| v.   No. 4:11CV00108 JLH | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FEDERAL CROP INSURANCE CORPORATION, RISK MANAGEMENT AGENCY; and ARMTECH INSURANCE SERVICES, a Texas Corporation | DEFENDANTS |

**ORDER**

On June 22, 2011, the Court entered an Order directing the plaintiffs to file a brief on or before July 13, 2011, explaining why the Agency decision review of which the plaintiffs seek in Count I of their complaint was arbitrary or capricious. The Court stated in that Order that if the plaintiffs chose not to file a brief by that date the Court would summarily affirm. No brief has been filed. Therefore, the Court summarily affirms the Agency decision at issue in Count I the plaintiffs' complaint. Count I is hereby dismissed with prejudice. The motion to dismiss filed by the Department of Agriculture is denied as moot. Document #38.

IT IS SO ORDERED this 14th day of July, 2011.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE