IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DAVID PELZER, DAVID AND RUTH PELZER, LLC, an Iowa Limited Liability Company, and DAVID AND MATTHEW PELZER, LLC, an Iowa Limited Liability Company, | PLAINTIFFS |
| v. | Case No.: 4:11-cv-00108-JLH |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FEDERAL CROP INSURANCE CORPORATION, RISK MANAGEMENT AGENCY and ARMTECH INSURANCE SERVICES, a Texas Corporation | DEFENDANTS |

## ORDER EXTENDING DISCOVERY DEADLINE

The unopposed motion to extend the discovery deadline filed by ARMtech Insurance Services, Inc. (Doc. 48) is hereby granted. Accordingly, it is ORDERED that the deadline for completion of discovery is extended until April 2, 2012. This extension shall not affect any of the other deadlines set forth in the Final Scheduling Order (Doc. 37).

SO ORDERED on this 21st day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

Agreed to and Approved:

s/ Wendell L. Hoskins II
Wendell L. Hoskins II
*Attorney for the Plaintiffs*

s/ Jeffrey S. Dilley
Jeffrey S. Dilley
*Attorney for ARMtech Insurance Services, Inc.*