## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DAVID PELZER; DAVID AND RUTH PELZER, LLC; and DAVID AND MATTHEW PELZER, LLC | PLAINTIFFS |
| v.   No. 4:11CV00108 JLH | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, FEDERAL CROP INSURANCE CORPORATION, RISK MANAGEMENT AGENCY; and ARMTECH INSURANCE SERVICES, INC. | DEFENDANTS |
| ARMTECH INSURANCE SERVICES, INC. | THIRD PARTY PLAINTIFF |
| v. | |
| LDC, III, INC.; and LARRY D. CHURCH | THIRD PARTY DEFENDANTS |

### ORDER

Without objection, the motion to dismiss filed by the United States of America Department of Agriculture, Risk Management Agency, is granted. Document #56. That defendant is hereby dismissed from this action.

IT IS SO ORDERED this 11th day of April, 2012.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE