# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DAVID PELZER; DAVID AND RUTH PELZER, LLC; and DAVID AND MATTHEW PELZER, LLC | PLAINTIFFS |
| v.   No. 4:11CV00108 JLH | |
| ARMTECH INSURANCE SERVICES, INC. | DEFENDANT and THIRD PARTY PLAINTIFF |
| v. | |
| LDC, III, INC.; and LARRY D. CHURCH | THIRD PARTY DEFENDANTS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| LARRY HUNT, ET AL | PLAINTIFFS |
| v.   No. 4:12CV00346 JLH | |
| ARMTECH INSURANCE SERVICES, INC. | DEFENDANT and THIRD PARTY PLAINTIFF |
| v. | |
| LDC, III, INC.; and LARRY D. CHURCH | THIRD PARTY DEFENDANTS |

## ORDER

The plaintiffs in case No. 4:12CV00346 have filed a motion to consolidate that action with case No. 4:11CV00108. The motion is granted. Case No. 4:12CV00346 is hereby consolidated with case No. 4:11CV00108 for all purposes. Case No. 4:11CV00108 will be the lead case. All further motions, pleadings, and other papers should be filed in case No. 4:11CV00108. The scheduling order entered in case No. 4:11CV00108 will be the governing scheduling order, and the scheduling order entered in case No. 4:12CV00346 is hereby set aside.

IT IS SO ORDERED this 7th day of September, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE